**Order entered August 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01479-CR
No. 05-14-01480-CR

**MARCUS STEVE MCCLARITY, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-56375-R, F14-56269-R**

## ORDER

The Court **REINSTATES** the appeals.

On May 19, 2015, we ordered the trial court to make findings regarding appellate counsel and why the reporter's record had not been filed. On June 30, 2015, Nanette Hendrickson filed a docketing statement on appellant's behalf reflecting that she has been appointed to represent appellant on these appeals. On August 3, 2015, the reporter's record was filed. Therefore, in the interest of expediting the appeals, we **VACATE** the May 19, 2015 order to the extent it requires findings.

We **DIRECT** the Clerk to list Nanette Hendrickson as appellant's appointed attorney of record.

Appellant's brief is due within thirty days of the date of this order.


/s/      ADA BROWN
         JUSTICE